# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

_____ Division

| | |
|---|---|
| SHARON LOVING | Case No. _1:23-cv-146_ |
| *Plaintiff(s)* | (to be filled in by the Clerk's Office) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Crytzer / Steger |
| -v- | Jury Trial: *(check one)* ☐ Yes ☒ No |
| METROPOLITAN LIFE INSURANCE COMPANY, and JEFF LYASH, PRESIDENT AND CEO, TENNESSEE VALLEY AUTHORITY and TENNESSEE VALLEY AUTHORITY and UNITED STATES OFFICE OF PERSONNEL MANAGENT | FILED

JUL 0 5 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | SHARON LOVING |
   | Street Address | 400 Geneva Crest Drive |
   | City and County | Fuquay-Varina |
   | State and Zip Code | N.C. 27526 |
   | Telephone Number | 423-596-5133 |
   | E-mail Address | smloving@comcast.net |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | OFFICE OF PERSONNEL MANAGEMENT |
| Job or Title *(if known)* | |
| Street Address | 1900 E. Street N.W. |
| City and County | Washington |
| State and Zip Code | D.C. |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JEFF LYASH, |
| Job or Title *(if known)* | PRESIDENT AND CEO, TENNESSEE VALLEY AUTHORITY |
| Street Address | 400 WEST SUMMIT HILL DRIVE |
| City and County | Knoxville |
| State and Zip Code | TN 37902 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Metropolitan Life Insurance Company |
| Job or Title *(if known)* | |
| Street Address | 200 PARK AVENUE, NEW YORK, NY, UNITED STATES, |
| City and County | New York |
| State and Zip Code | New York 10166 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | TENNESSEE VALLEY AUTHORITY |
| Job or Title *(if known)* | |
| Street Address | 400 West Summit Hill Drive |
| City and County | Knoxville |
| State and Zip Code | TN 37902 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __SHARON LOVING__, is a citizen of the State of *(name)* __NORTH CAROLINA__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __Metropolitan (MetLife) Life Insaurance Co.__, is incorporated under the laws of the State of *(name)* __New York__, and has its principal place of business in the State of *(name)* __New York City__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __New York__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* SHARON LOVING , and the defendant, *(name)* TVA, OPM AND METROPOLITAN LIFE INSURANCE , made an agreement or contract on *(date)* 06/01/2002 . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Plaintiff's is the Intended Beneficiary in the above listed action and it is my belief that Tennessee Valley Authority, The United States Office of Personnel Management (OPM) and Metropolitan Life Insurance Company may have falsified or provided inaccurate information in regard to my claim for death benefits pursuant to my late husband's group life insurance policy. Defendants wrongfully awarded death benefits to the wrong person in breach of the written contract agreement.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Each of the named defendants failed to do an adequate investigation pursuant to the June 2, 2020 request for Federal Employees Group Life Insurance (FEGLI) policy proceeds in the matter of the death of my late husband Ronald Loving on November 1, 2019

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks
1. Actual damages under the policy in the amount of $550,000 plus interest since the date of breach
2. Punitive damages in the amount of $1,000,000
3. Costs of Court

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/5/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Sharon Loving

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



Low price. Every item. Every day.
Store No: 1276
921 E Broad St
Fuquay-Varina, NC, 27526
(919) 552-1693

262626 00 026 02990

Receipt #: 02990                                06/30/2023 12:48

| Qty | Description | Amount |
|---|---|---|
| 1 | Print From Email - 2821515<br>( 1 @ $ 1.100 )<br>- Standard 28 lb. 8.5 x 11"<br>- Black & White | 1.10 |

SubTotal                                                    1.10
Standard Tax 7.25%                                          0.08
Total                                                 USD $ 1.18

Visa #:************6442 [ C ]
VISA DEBIT
Chip Read
Auth No.: 123954
Mode: Issuer
AID: A0000000031010
NO CVM

The Cardholder agrees to pay the Issuer of the charges card
is accordance with the agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!