UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHARON LOVING, | ) |
| Plaintiff, | ) |
| v. | ) 1:23-CV-146-KAC-CHS |
| METROPOLITAN LIFE INSURANCE CO., | ) |
| Defendant. | ) |

## JUDGMENT

In the Court's "Memorandum Opinion and Order Granting Summary Judgment," the Court **GRANTED** Defendant Metropolitan Life Insurance Co.'s Motion for Summary Judgment [Doc. 37]. No claims remain in this action. Accordingly, the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT